

# IN THE
# TENTH COURT OF APPEALS

### No. 10-14-00067-CR

**TERRY LEE NELSON,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

---

**From the 13th District Court**
**Navarro County, Texas**
**Trial Court No. 32,660-CR**

---

## MEMORANDUM OPINION

---

Appellant appears to have been convicted of sexual assault in the 13th Judicial District Court of Navarro County. Apparently to obtain the record for purposes of a post-conviction writ of habeas corpus proceeding, Appellant filed a "motion for trial record & prosecution discovery file." The trial court denied that motion, and Appellant appeals that denial.

> This court has jurisdiction over criminal appeals only when expressly granted by law. *Everett v. State,* 91 S.W.3d 386, 386 (Tex. App.—Waco 2002, no pet.). No statute vests this court with jurisdiction over an appeal from an order denying a request for a free copy of the trial record when such a request is not presented in conjunction with a timely filed direct appeal. *Id.; see Self v. State,* 122 S.W.3d 294, 294-95 (Tex. App.—Eastland 2003, no pet.).

*Clegg v. State,* 214 S.W.3d 671 (Tex. App.—Waco 2007, no pet.).

Accordingly, we dismiss this appeal for want of jurisdiction, and all pending motions are dismissed as moot.


                REX D. DAVIS
                Justice

Before Chief Justice Gray,
       Justice Davis, and
       Justice Scoggins
Appeal dismissed
Opinion delivered and filed March 27, 2014
Do Not Publish
[CR25]